UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE COMPLAINT

Case No.    1:24MJ46LDA

## MOTION TO SEAL

The Government moves that this Motion to Seal and the attached documents (including the Complaint, Arrest Warrant, Cover Sheet and Affidavit) be sealed until further Order of this Court.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ZACHARY A. CUNHA
United States Attorney

/s/Paul F. Daly, Jr.
PAUL F. DALY, JR.
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email: Paul.Daly@usdoj.gov

SO ORDERED:

_____
LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE

Dated: _____ June 20, 2024